# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In Re: Atrium Medical Corp.<br>C-Qur Mesh Products Liability<br>Litigation | MDL Docket No. 16-md-2753-LM<br>1:19-cv-0355-LM |
| This Document Relates to:<br>1:19-cv-0355-LM<br>Grover, Shari v. Atrium Medical Corp. et al. | |

### PLAINTIFF'S OPPOSITION TO DEFENDANT ATRIUM MEDICAL CORPORATION'S MOTION TO DISMISS

On November 8, 2022 the court entered an order requiring counsel to report to the Plaintiff Steering Committee ("PSC") if clients who had not opted into the settlement had opted out of the settlement or were non-responsive. Pursuant to that order, Plaintiff's counsel notified the PSC on November 22, 2022 that Brenes Law Group, P.C. had not been able to establish contact with Ms. Grover. However, on December 19, 2022, Ms. Grover, contacted Brenes Law Group, P.C. to reestablish contact. Further, Ms. Grover has accepted the proposed settlement and submitted the release to Crosslink. Therefore, the motion to dismiss should be denied.

Respectfully submitted,

Dated this 27th of December, 2022

Troy A. Troy A. Brenes
BRENES LAW GROUP, P.C.
100 Spectrum Ctr. Dr., Ste. 330
Irvine, CA 92618
(949) 397-9360
tbrenes@breneslawgroup.com

## **CERTIFCATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing was filed with the Clerk of the Court using the CM/ECF system on this 27th day of December, 2022, which will send notification of the same to all counsel of record.

/s/ Troy A. Brenes